UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MUTASEM AL-SALHI,
    Defendant.
_____/



FILED by ___ D.C.
FEB - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

**THIS MATTER** is before the court upon written motion from counsel representing the above named defendant to dismiss the Indictment, filed on January 17, 2001. Upon review, it is

**ORDERED** and **ADJUDGED**:

1. This matter is referred to United States Magistrate Judge Ann E. Vitunac for an evidentiary hearing and for proposed findings and recommended disposition.

2. Counsel shall send copies of all relevant pleadings and filings directly to the above referenced Magistrate Judge when they are filed with the Clerk of Court.

DATED and SIGNED in Chambers at West Palm Beach, Florida this ___ day of February, ~~January,~~ 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Laurence M. Bardfeld
Mark E. NeJame, Esq.