UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY

NIGHT BOX
FILED

FEB 1 4 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA         )
                                 )
v.                               )
                                 )
MUTASEM AL-SALHI                 )
                                 )
_____)

RESPONSE TO MOTION TO DISMISS

The United States of America, by and through undersigned counsel, hereby files this response to Defendant Mutasem Al-Salhi's Motion to Dismiss. Defendant pled guilty in the Middle District of Florida to conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 846, and conspiracy to possess with intent to distribute pseudoephedrine, in violation of 21 U.S.C. §841(d)(2).

Defendant was indicted in the Southern District of Florida and the Middle District of Florida, for activities arising from the distribution of massive amounts of pseudoephedrine being transported to the West Coast to be manufactured into methamphetamine. He was indicted initially in the Southern District of Florida and later indicted in the Middle District of Florida, based on this criminal conduct. He was arrested in the Middle District of Florida and pled guilty before ever making an

appearance in the Southern District of Florida. He was charged with conspiracy to possess pseudoephedrine and possession of pseudoephedrine in the Southern District of Florida. Defendant's criminal activities took place in both the Southern District of Florida and the Middle District of Florida and he was indicted for his criminal activities in both jurisdictions.

Defendant pled guilty in the Middle District of Florida for crimes committed in both the Southern District and Middle District of Florida, and for which he was charged in both districts. Defendant has been adjudicated guilty and will be sentenced in the Middle District of Florida. Accordingly, the Motion to Dismiss should be granted and the indictment against Mutasem Al-Salhi should be dismissed.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Froward Blvd., #700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this ___14th___ day of February, 2001, to: Mark NeJame, One South Orange Avenue, Suite 304, Orlando, FL 32801.

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY