UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUTASEM AL-SALHI,

    Defendant.
_____/

### REPORT & RECOMMENDATION

THIS MATTER is before this Court on Order of Referral (DE 263) entered on February 6, 2001, by District Judge Daniel T. K. Hurley for "an evidentiary hearing and for proposed findings and recommended disposition" as to Defendant's Motion to Dismiss the Indictment (DE 243) filed on January 17, 2001. On February 14, 2001, the Government filed a Response (DE 267).

In the Response, the Government stipulates that the motion to dismiss indictment should be granted as to Defendant because Defendant has been "adjudicated guilty and will be sentenced in the Middle District of Florida" for the conduct charged in the pending Indictment. Accordingly, it is therefore RECOMMENDED that Defendant's Motion to Dismiss Indictment (DE 243) be GRANTED.

Any party may serve and file written objections to this Report and Recommendation with the Honorable Daniel T. K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982)

cert. denied, 460 U.S. 1087 (1983).

DONE and RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this ___ day of February, 2001.

*[signature]*
ANN E. VITUNAC
United States Magistrate Judge

Copies to:
AUSA Laurence Bardfeld (FTL)
Mark NeJame, Esq.