UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MUTASEM AL-SALHI,

      Defendant.
_____/



## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the court upon the report and recommendation of a United States Magistrate Judge as to defendant's motion to dismiss [DE 243], filed January 17, 2001. Upon consideration of the report and recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation is **adopted**.

2. The defendant's motion to dismiss indictment [DE 243] as to defendant Mutasem Al-Salhi is **granted**, WITH PREJUDICE. D/KH

    **DATED** and **SIGNED** in Chambers at West Palm Beach, this _12th_ day of _March_, 2001.

                                          Daniel T. K. Hurley
                                          United States District Judge

**coy furnished:**
AUSA Larry Bardfeld (WPB)
Mark NeJame, Esq.

