UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

CASE NO. 00-6211-CR-HURLEY(s)

2 4 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
vs                             )
                               )
THOMAS NAROG, et al.           )
                               )
              Defendants.      )
_____)

### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Thomas A. O'Malley.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3557
Facsimile: (954) 356-7336

cc: Special Agent Joe Collins, DEA
    Special Agent Mike Baker, DEA
    Special Agent Shawn O'Connor, DEA



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 21st day of September, 2001 to:

Fred Haddad, Esquire
One Financial Plaza
Suite 2612
Ft. Lauderdale, Florida 33394

Glenn Seiden, Esquire
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

Richard Hamer, Esquire
2437 Briarcrest Road
Beverly Hills, CA 90210

Mark NeJame, Esquire
One South Orange Avenue
Suite 304
Orlando, Florida 32801

Randee Golder, Esquire
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Theodore Weeks, IV, Esquire
One Lake Morton Drive
Post Office Box 3
Lakeland, Florida 22802-003

John Howes, Esquire
633 S.E. 3rd Avenue
Suite 4-F
P.O. Box 697
Ft. Lauderdale, Florida 33302-0697

Paul Goodman, Esquire
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

Tim Biosello, Esquire
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

Charles White, Esquire
2250 S.W. 3rd Avenue
Suite 150
Miami, Florida 33129

_____
THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY